SMBL: USAO 2025R00379

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| v. | * | CRIMINAL NO. 25-CR-00391-JRR |
| KUSUMARIZKY MARZUKI, | * | (Conspiracy to Distribute and Possess with Intent to Distribute Controlled Substances, 21 U.S.C. § 846; Possession with the Intent to Distribute Controlled Substances, 21 U.S.C. § 841; Forfeiture, 21 U.S.C. § 853) |
| Defendant. | * | |

*******

## INDICTMENT

### COUNT ONE
(Conspiracy to Distribute and Possess with Intent to Distribute Controlled Substances)

The Grand Jury for the District of Maryland charges that:

From on or about April 2024, and continuing through on or about September 23, 2024, in the District of Maryland and elsewhere, the Defendant,

**KUSUMARIZKY MARZUKI,**

did knowingly combine, conspire, confederate and agree with persons known and unknown to the Grand Jury to knowingly and intentionally distribute and possess with intent to distribute five kilograms or more of a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

21 U.S.C. § 846
21 U.S.C. § 841(b)(1)(A)

## COUNT TWO
### (Possession with the Intent to Distribute a Controlled Substances)

The Grand Jury for the District of Maryland further charges that:

On or about September 23, 2024, in the District of Maryland, the Defendant,

**KUSUMARIZKY MARZUKI,**

did knowingly and intentionally possess with intent to distribute a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance; and 50 grams or more of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance.

21 U.S.C. § 841(a)(1)
21 U.S.C. § 841(b)(1)(B)

## FORFEITURE ALLEGATION

The Grand Jury for the District of Maryland further finds that:

1. Pursuant to Fed. R. Crim. P. 32.2, notice is hereby given to the Defendant that the United States will seek forfeiture as part of any sentence in accordance with 21 U.S.C. § 853 in the event of the Defendant's conviction under Counts One or Two of this Indictment.

### Narcotics Forfeiture

2. Upon conviction of the offenses alleged in Counts One or Two of this Indictment, the Defendant,

**KUSUMARIZKY MARZUKI,**

shall forfeit to the United States, pursuant to 21 U.S.C. § 853(a):

   a. any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of such offenses; and

   b. any property used or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such offenses.

### Substitute Assets

3. If any of the property described above, as a result of any act or omission of any Defendant:

   a. cannot be located upon the exercise of due diligence;

   b. has been transferred or sold to, or deposited with, a third person;

   c. has been placed beyond the jurisdiction of the Court;

   d. has been substantially diminished in value; or

   e. has been commingled with other property which cannot be divided without difficulty,

3

the United States shall be entitled to forfeiture of substitute property up to the value of the forfeitable property described above, pursuant to 21 U.S.C. § 853(p).

21 U.S.C. § 853

*KELLY G. HAYES*
Kelly O. Hayes
United States Attorney

A TRUE BILL:

**SIGNATURE REDACTED**

December 18, 2025
Date